UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT RUIZ PEREZ,

    Defendant.

CASE NO. CR19-106 RSL

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with attempted possession of cocaine with the intent to distribute, possession of a firearm in furtherance of a drug trafficking offense and felon in possession of a firearm. Defendant's drug trafficking history goes back to the 1990's when he was convicted in this Court and sentenced to 60 months of imprisonment. Since then has had two additional felony drug trafficking convictions, and an assault conviction. The government proffered that in 2014 defendant was investigated for drug trafficking on the state level and that he forfeited hundreds of thousands of dollars as a result. Defendant is a danger to the community because the current

DETENTION ORDER - 1

allegations appear to be a continuation of his drug trafficking activities. Additionally, defendant upon arrest appears to have been in possession of a firearm, as was his codefendant.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 5th day of June, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge