The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RUIZ PEREZ, and<br>PRINCETON BROWN,<br><br>Defendants. | NO. CR19-106 RSL<br><br>[PROPOSED]<br><br>**PROTECTIVE ORDER<br>RESTRAINING CERTAIN<br>FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Protective Order Restraining Certain Forfeitable Property, as follows:

1.  Approximately $1,010.25 in U.S. currency, seized on or about May 22, 2019 from Robert Ruiz Perez in Kent, Washington;

2.  Approximately $207 in U.S. currency, seized on or about May 22, 2019 from Princeton Brown in Kent, Washington;

3.  Assorted jewelry, seized on or about May 22, 2019 from Princeton Brown in Kent, Washington; and

4.  Assorted jewelry, seized on or about May 22, 2019 from a 2008 Ford Edge, Washington license plate DP59503, in Kent, Washington.

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Perez, et al.,* CR19-106 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Court, having reviewed the papers and pleadings filed in this matter, hereby

2  FINDS entry of a protective order restraining the above-described property (collectively,

3  the "Subject Property") is appropriate because:

4    • The Defendant, Princeton Brown, has been charged by Superseding

5       Indictment with offenses including, as set forth in Count 1, *Attempted*

6       *Possession with Intent to Distribute - Cocaine*, in violation of 21 U.S.C.

7       §§ 841(a)(1), 841(b)(1)(B) and 846, (Dkt. No. 60, at 1–2);

8    • The Superseding Indictment provided notice of the United States' intent to

9       seek the forfeiture of property, including the Subject Property, pursuant to 21

10      U.S.C. § 853(a), (Dkt. No. 60, at 5);

11   • Based upon the facts set forth in the Complaint filed against Defendant Robert

12      Ruiz Perez on May 23, 2019 (Dkt. No. 1) and in Defendant Perez's Plea

13      Agreement (Dkt. No. 39), there is probable cause to believe that the Subject

14      Property is subject to forfeiture in this case; and

15   • To ensure that the Subject Property remains available for forfeiture, its

16      continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.

17

18    NOW, THEREFORE, THE COURT ORDERS:

19    1.    The United States' request for a protective order restraining the Subject

20  Property pending the conclusion of this case is GRANTED; and

21  ///

22  ///

23  ///

24

25

26

27

28

Protective Order Restraining Certain Forfeitable Property - 2
*United States v. Perez, et al.,* CR19-106 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    2.    The Subject Property shall remain in the custody of the United States, to

2    include its federal agencies and/or their authorized agents or representatives, pending the

3    conclusion of criminal forfeiture proceedings and/or further order of this Court.

4

5    IT IS SO ORDERED.

6    DATED this ___1st___ day of __Nov.____, 2019.

7

8    _____

9    THE HON. ROBERT S. LASNIK
     UNITED STATES DISTRICT JUDGE

10

11

12   Presented by:

13

14   /s/ Neal B. Christiansen

15   Neal B. Christiansen
     Assistant United States Attorney
16   700 Stewart Street, Suite 5220
17   Seattle, WA 98101-1271
     (206) 553-2242
18   Neal.Christiansen2@usdoj.gov

19

20

21

22

23

24

25

26

27

28

Protective Order Restraining Certain Forfeitable Property - 3
*United States v. Perez, et al.,* CR19-106 RSL