Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 19-106 RSL |
| Plaintiff, | ) | |
| v. | ) ) | ORDER GRANTING STIPULATED MOTION BRIEFING SCHEDULE |
| ROBERT RUIZ PEREZ, | ) | |
| Defendant. | ) | |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

1. The Defendant's response to the motion shall be filed on or before January 15, 2021; and

2. Any reply shall be filed on or before January 22, 2021, and the matter noted for that date.

DATED this __4th__ day of __January__, 20__21__.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:
____/s/ John J. Meske_____
JOHN J. MESKE, WSBA 17400
Attorney for Defendant Robert Ruiz Perez
Law Office of John J. Meske
1105 Tacoma, WA 98402
(253) 627-4701