The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT RUIZ PEREZ,<br><br>Defendant. | NO. CR19-0106 RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the Motion of the United States to extend by fourteen days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before May 16, 2022, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this __28th__ day of __April__, 2022.

_/s/ Robert S. Lasnik_
ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Teal Luthy Miller*
TEAL LUTHY MILLER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Perez,* CR19-106 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970