THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-106-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | STIPULATED MOTION |
| ROBERT RUIZ PEREZ, | ) | REGARDING BRIEFING |
| | ) | SCHEDULE |
| Defendant. | ) | |
| | ) | |

THIS COURT has considered the parties' stipulated motion regarding a briefing schedule along with the relevant records in this case.

IT IS NOW ORDERED that any amended motion for compassionate relief under 18 U.S.C. § 3582(c)(1)(A) shall be filed on or before June 10, 2022. The government's response shall be filed on or before June 27, 2022, and any reply shall be filed on or before July 1, 2022. This matter shall be noted for July 1, 2022.

DATED this 12th day of May 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vicki Lai*
Chief Appellate Attorney
Attorney for Robert Ruiz Perez

ORDER REGARDING BRIEFING SCHEDULE
(*United States v. Perez*, CR19-106-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100