1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. CR19-106RSL |
|---|---|
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| ROBERT PEREZ, | |
| Defendant. | |

This matter comes before the Court on defendant's "Renewed Motion for Early Termination of Supervised Release" (Dkt. # 272). Having reviewed the motion and the record herein, the court GRANTS the motion.

On August 8, 2019, Perez pleaded guilty to one count of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1)(A). Dkt. # 39 at 1. On November 8, 2019, this Court sentenced Perez to a 60-month term of imprisonment to be followed by three years of supervised release. Dkt. # 79. Perez commenced his term of supervised release on August 25, 2022, and his term is set to expire on August 25, 2025.

Perez requests early termination so that he may pursue specific employment opportunities as a commercial driver. Dkt. # 272 at 2. He has obtained his commercial driving license and has

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 1

applied for work with FedEx and his former employer, Waste Connections. *Id*. However, while Waste Connections has stated that it would like to rehire Perez and FedEx has stated that Perez would be a great fit, neither can hire him if he is on supervised release. *Id*. Perez's wife recently lost her job due to medical issues, making his need for a job with benefits more urgent. *Id*.

After Perez moved for early termination of his supervised release on April 25, 2024, this Court denied early termination finding that "defendant will be well-served by completing at least two years of supervised release." Dkt. # 264, # 270. However, this Court also stated that if Perez maintained compliance with the terms of his supervised release through August 25, 2024, the Court would entertain a renewed motion for early termination. Dkt. # 270.

Perez has maintained compliance through August 25, 2024 and the Court is now satisfied that early termination of his supervised release is warranted by "the conduct of the defendant" and "the interest of justice." 18 U.S.C. § 3583(e)(1).

For the foregoing reasons, defendant's "Renewed Motion for Early Termination of Supervised Release" (Dkt. # 272) is GRANTED.

DATED this 9th day of October, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE - 2